# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WASHINGTON,<br><br>                              Plaintiff,<br>v.<br><br>IHG MANAGEMENT MARYLAND LLC dba HOTEL INDIGO SAN DIEGO, et al.<br><br>                             Defendants. | Case No.: 20-CV-1761 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 11]** |

    Pending before the Court is a joint motion to dismiss the entire action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 11] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

Dated: March 19, 2021

                                                    Hon. Thomas J. Whelan
                                                    United States District Judge